## File Hashes for IP Address 75.71.118.123

**ISP:** Comcast Cable
**Physical Location:** Denver, CO

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 12/23/2013 17:17:40 | 6AFD23904D4B47B58B0EC42120140DF80270E89C | Love with a View |
| 12/12/2013 20:45:50 | 2E173DC712E2EA64B168D1103A4EA7BC11D7D408 | Flexible Beauty |
| 12/09/2013 14:48:11 | 56B890DBF45818C57D350DFCE7A9F33615B24F6E | My Naughty Girl |
| 12/09/2013 14:41:24 | EA9871DB824159E8431575BE1EF3965DD0C6D0C6 | Good Night Kiss |
| 11/15/2013 13:54:54 | 18D724018B541422125E393D74F0BD6267C87AAF | Undress Me |
| 11/15/2013 13:49:56 | 7EB7174F593140FA743C6149182A408A6A9E1576 | Awakening |
| 11/15/2013 00:43:39 | 24AC57A3D0FE1F9A4F764BF24D3C76B14813999B | Black and White |
| 10/26/2013 00:13:48 | 3269A6D1B6E6EAC249958B646D07C4F096F07852 | Much Needed Vacation |
| 10/25/2013 23:23:18 | BC595F75F5D2747F382B845C19F4D51CCCCB5A1F | All Tied Up |
| 10/25/2013 23:14:33 | 775A27912609D0C3906256356D2EC20A41E06CCE | Bohemian Rhapsody |
| 10/06/2013 06:02:06 | AC8C483038AE0C2290479FCCD63D28C81D31072D | Simply Stunning |
| 10/02/2013 14:57:13 | DFB64ED831DC06FF85B0AF942F4429E6B7FD65A4 | First and Forever |
| 09/17/2013 04:24:56 | EC74A92D6EA97AB1493A43FDA8C512004ABD659E | Casual Affair |
| 09/16/2013 23:46:30 | 4A31F49D6BA2E6080DCC10C024A02809E00A299E | Enchanting Real Orgasms |
| 08/09/2013 05:11:36 | 2A936E5B37749915EEDA067A54C93CF84842BEA2 | New Romance |
| 05/03/2013 17:37:56 | BA23078533CCBE4BCF265D99A9E6DE3420120683 | One Night Stand |
| 04/23/2013 21:43:52 | 2AE29A600628FBCB8E983388EF0FC470D0B40D7D | Bottoms Up |
| 03/22/2013 01:27:21 | 6970F9BD4DD7399AA906AF8903F1D9D0BD83C05B | Circles of Bliss |
| 12/31/2012 00:57:53 | 629CC69505DFE97D73EAC2A38148A6BD0C1EF2AD | Evening at Home Part #2 |
| 12/13/2012 16:20:11 | 149B621A7854AD4251012BDA94681F3C21D72DE8 | Unbelievably Beautiful |
| 12/13/2012 15:35:47 | 2D944FBF51FCFD4184A742CC675EFF5DEE9E7B40 | Heart and Soul |

**Total Statutory Claims Against Defendant: 21**

EXHIBIT A

CO335