IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00262-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

RICHARD SADOWSKI,

    Defendant.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 10, 2014.**

    Defendant Richard Sadowski's Unopposed Motion for Leave to Appear Telephonically or via Video Conference for Scheduling Conference set for July 15, 2014 – 10:15 a.m. [filed July 8, 2014; docket #21] is **granted**. Defendant shall appear by telephone for the Scheduling Conference by calling Chambers at 303-844-4507 at 10:15 a.m. on July 15, 2014.