## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-00262-WYD-MEH
MALIBU MEDIA, LLC,

     Plaintiff,

v.

RICHARD SADOWSKI,

     Defendant.
                                      /

### PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL WITH PREJUDICE OF RICHARD SADOWSKI

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with Richard Sadowski ("Defendant").  Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action with prejudice.  Defendant was assigned the IP address 75.71.118.123.  Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated:  August 18, 2014          Respectfully submitted,

                                                 By:  /s/ *Jason A. Kotzker*
                                                 Jason A. Kotzker
                                                 Jason@klgip.com
                                                 KOTZKER LAW GROUP
                                                 9609 S. University Blvd. #632134
                                                 Highlands Ranch, CO  80163
                                                 Phone:  720-330-8329
                                                 *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

  I hereby certify that on August 18, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                By:  /s/ *Jason A. Kotzker*_____
                  Jason A. Kotzker