IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   14-cv-00262-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

RICHARD SADOWSKI,

    Defendant.

## ORDER OF DISMISSAL

In accordance with Plaintiff's Notice of Settlement and Voluntary Dismissal With Prejudice of Richard Sadowski filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) (ECF No. 28), it is

ORDERED that Defendant Richard Sadowski and this action are **DISMISSED WITH PREJUDICE**.

Dated:  August 18, 2014

                                            BY THE COURT:

                                            s/ Wiley Y. Daniel
                                            Wiley Y. Daniel
                                            Senior United States District Judge